**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lynda J Erby-Oberton            CHAPTER 13
                Debtor(s)

BKY. NO. 25-12092 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
03 Jun 2025, 12:12:18, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: 7b040ceb4d8c4beef090b745bc9abe132488652aecba04b04232e733a9ce78f1