**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LYNDA J. ERBY-OBERTON | : | Chapter 13 |
| Debtor | : | |
| | : | Bankr. No 25-12092-djb |
| | : | |

**CERTIFICATION OF SERVICE**

I, Ashley M. Sullivan, Esq., certify that on 28th day of May, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

. Debtors Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Respectfully submitted,

/s/ Ashley M. Sullivan
**ASHLEY M. SULLIVAN, ESQ.**
*Counsel for Debtor*
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Phone/E-Fax: (215) 656-3654
Email: asullivan@wwdlaw.com

Mailing List Exhibit: (Check all that apply. If an e-mail is made, indicate e-mail address. Continue to the next page if necessary.)

Kenneth E. West, Esq.
Chapter 13 Trustee
190 N. Independence Mall West Suite 701, Philadelphia, PA 19106
Via:    xCM/ECF    1st Class Mail    Certified Mail    e-mail:
        Other:

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320                                                            e-mail:
Philadelphia, PA 19107
Via:    x CM/ECF    1st Class Mail    Certified Mail
        Other:

Overlook Resorts Corp.
2626 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
Via:    x CM/ECF    1st Class Mail    Certified Mail
        Other:                                                        e-mail:

PennyMac
PO Box 514387
Los Angeles, CA 90051
Via:    x CM/ECF    1st Class Mail    Certified Mail
        Other:                                                        e-mail:

CitiCards CBNS
58000 South Corporate Place
Sioux Falls, SD 57108

Via:    x CM/ECF    1st Class Mail    Certified Mail
        Other:                                                        e-mail:

Barclay's Bank of DE
125 S. West Street
Wilmington, DE 19801
Via:    x CM/ECF    1st Class Mail    Certified Mail
        Other:
                                                                      e-mail:

Capital One
PO Box 31293
Salt Lake City, UT 84131
Via: x CM/ECF    1st Class Mail    Certified Mail
    Other:                              e-mail:

Discover Bank
PO Box 30939
Salt Lake City, UT 84130
Via: x CM/ECF    1st Class Mail    Certified Mail
    Other:                              e-mail:

Freedom Credit Union
626 Jacksonville Road
Warminster, PA 18974
Via:    x CM/ECF    1st Class Mail    Certified Mail
    Other:                                e-mail:

JPMCB
PO Box 15369
Wilmington, DE 19850
Via:    x CM/ECF    1st Class Mail    Certified Mail
    Other:                                e-mail:

TD Bank USA/Target
NCD-0450
PO Box 0450
Minneapolis, MN 55440

Via:    x CM/ECF    1st Class Mail    Certified Mail
    Other:

Mailing List Exhibit: (Check all that apply. Include e-mail address. Continue to the next page if necessary.)

Name
Address
Relationship of Party
Via:        CM/ECF        1st Class Mail        Certified Mail        e-mail:
            Other:

Name
Address
Relationship of Party
Via:        CM/ECF        1st Class Mail        Certified Mail        e-mail:
            Other:

Name
Address
Relationship of Party
Via:        CM/ECF        1st Class Mail        Certified Mail        e-mail:
            Other:

Name
Address
Relationship of Party
Via:        CM/ECF        1st Class Mail        Certified Mail        e-mail:
            Other:

Name
Address
Relationship of Party
Via:        CM/ECF        1st Class Mail        Certified Mail        e-mail:
            Other:

Name

Address
Relationship of Party
Via:    CM/ECF    1st Class Mail    Certified Mail    e-mail:
Other: