L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Lynda J Erby-Oberton | : | |
| Debtor | : | Bky. No. 25-12092 |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, **Ashley M. Sullivan**, certify that on **December 12, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's First Amended Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: **December 12, 2025**

/s/ **Ashley M. Sullivan**
**Ashley M. Sullivan 320704**
**Willig, Williams & Davidson**
**1845 Walnut Street, 24th Floor**
**Philadelphia, PA 19103-4708**
**215-656-3600**
**asullivan@wwdlaw.com**

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**Kenneth E. West, Chapter 13 Trustee**
**190 N. Independence Mall West, Suite 701**
**Philadelphia, PA 19107**
Creditor
Via:  ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

**CitiCards CBNS**
**5800 South Corporate Place**
**Sioux Falls, SD 57108**
Creditor
Via:  ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

**Barclays Bank of DE**
**125 S. West Street**
**Wilmington, DE 19801**
Creditor
Via:  ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

**Cap1/Kohls Department Store**
**PO Box 31293**
**Salt Lake City, UT 84131**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**Capital One Bank USA NA**
**4515N. Santa Fe Avenue**
**Oklahoma City, OK 73118**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**Discover Bank**
**PO Box 3005**
**New Albany, OH 43054**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**Freedom Credit Union**
**626 Jacksonville Road**
**Warminster, PA 18974**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**JPMCB**
**PO Box 9013**
**Additon, TX 75001**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**Overlook Resorts Corp**
**2626 E. Oakland Park Blvd**
**Fort Lauderdale, FL 33306**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**PennyMac**
**PO Box 514387**
**Los Angeles, CA 90051-4387**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**TD Bank USA/Target**
**C/o Weinstein & Riley, PS**
**749 Gateway, Suite G-601**
**Abilene, TX 79602**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**Emergency Care Services of Pennsylvania**
**Wakefield & Associates, LLC**
**PO Box 58**
**Fort Morgan, CO 80701**
Creditor
Via:    ☑ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
            ☐ Other:

**LVNV Funding, LLC**
**C/o Resurgent Capital services**
**PO Box 10587**
**Greenville, SC 29603**
Creditor
Via:    ☑ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other: