United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-12092-djb
Lynda J Erby-Oberton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Feb 05, 2026   Form ID: 155   Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynda J Erby-Oberton, 2625 Federal Street, Philadelphia, PA 19146-3828 |
| 15096374 | + | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030, 1300 & 1400, Orange, CA 92868-1604 |
| 15015349 | + | PENNYMAC LOAN SERVICES, LLC, C/O Matthew Fissel, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15012331 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2026 00:21:00 | Barclays Bank of DE, 125 S. West Street, Wilmington, DE 19801-5014 |
| 15012332 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 00:30:33 | Cap1/Kohls Department Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15012333 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 00:30:34 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15016753 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 00:30:23 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15018839 | + | Email/Text: mrdiscen@discover.com | Feb 06 2026 00:20:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany Oh 43054-3025 |
| 15012330 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 00:30:49 | CitiCards CBNS, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15012334 | + | Email/Text: mrdiscen@discover.com | Feb 06 2026 00:20:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15024427 | + | Email/Text: bankruptcyreports@wakeassoc.com | Feb 06 2026 00:21:00 | EMERGENCY CARE SERVICES OF PENNSYLVANIA, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 15012335 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 06 2026 00:21:00 | Freedom Credit Union, 626 Jacksonville Road, Warminster, PA 18974-4862 |
| 15012337 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2026 00:30:32 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 15024210 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 06 2026 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15036181 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 00:30:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012338 | + | Email/Text: bankruptcy@vacatia.com | Feb 06 2026 00:21:00 | Overlook Resorts Corp, 2626 E. Oakland Park Blvd, Fort Lauderdale, FL 33306-1603 |
| 15012339 | | Email/PDF: ebnotices@pnmac.com | Feb 06 2026 00:30:39 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15028139 | + | Email/PDF: ebnotices@pnmac.com | Feb 06 2026 00:30:39 | PennyMac Loan Services, LLC, P.O. Box 2410, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: 155 | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| 15030000 | Email/Text: bncmail@w-legal.com | Feb 06 2026 00:21:00 | Moorpark, CA 93020-2410 |
| | | | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15012340 | + Email/Text: bncmail@w-legal.com | Feb 06 2026 00:21:00 | TD Bank USA/Target, NCD-0450, P.O. Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15012336 | | JBT Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ASHLEY M. SULLIVAN | on behalf of Debtor Lynda J Erby-Oberton asullivan@wwdlaw.com  hbanks@spearwilderman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Lynda J Erby−Oberton ) Case No. 25−12092−djb
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 5, 2026

                                                                                                      For The Court

                                                                                                        Derek J Baker
                                                                                                         Judge, United States Bankruptcy Court